ANTHONY DELLA VOLLO, Appellant, v. SAMUEL KHEEL, Respondent.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

GEORGE THOMS, Appellant, v. PERCY ADAMSON, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

PHYLLIS M. JACKSON and DAVID A. JACKSON, Respondents, v. HARRY E. KEEVILL, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

RAYMOND FOGELMAN and Others, Copartners, etc., Appellants, v. THE HOME INSURANCE COMPANY, NEW YORK, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MOY MABEL CHANG (CHUNG TUE SHING), Relator, Respondent, v. LILLIAN LOU and LOU YEE, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Successor to AMERICAN TRUST COMPANY, as Trustee under a Certain Mortgage or Deed of Trust, Bearing Date as of the 1st Day of May, 1924, Made by 251 WEST 71ST STREET, INC., Appellant, Respondent, v. 251 WEST 71ST STREET, INC., Respondent, Appellant; RAE RANZAL, Respondent, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the respondent Rae Ranzal against the plaintiff-appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

JOHN KOLLER DIESTENFELD, Respondent, v. AMERICAN WAX REFINING CORP., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of HERBERT BENON, Petitioner, Respondent, for an Order against FIORELLO H. LAGUARDIA, as Mayor of the City of New York, and Others, Appellants.— Order reversed, with twenty dollars costs and disbursements, and motion granted, on the ground that petitioner, as a provisional employee, had no tenure of office and is not entitled to any review of his discharge under the provision of section 22 of the Civil Service Law. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; O'Malley and Dore, JJ., dissent and vote to affirm.